164 So.2d 363

**Malcolm M. JUNKER, Sr.**

**v.**

**TOYE BROTHERS YELLOW CAB COMPANY.**

**No. 47326.**

June 8, 1964.

In re: Malcolm M. Junker, Sr., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 163 So.2d 150.

Writ refused. On the facts found by the Court of Appeal there is no error of law.